# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Thomas Saari, | Civ. No. 19-1814 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| Gary Bjorklund; Ranae Kass; and Angelika Christopher, | **ORDER** |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

This action is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 2/6/20                                                                     s/Patrick J. Schiltz_____
                                                                                                         PATRICK J. SCHILTZ
                                                                                                          United States District Judge